## MEDFORD v. STATE.
### No. 20331.

Court of Criminal Appeals of Texas.
March 29, 1939.

Robert Allen, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of cattle theft, and was by the jury awarded two years' confinement in the penitentiary.

The record contains neither a statement of facts nor bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.

## MEDFORD v. STATE.
### No. 20332.

Court of Criminal Appeals of Texas.
March 29, 1939.

Robert Allen, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft. Under proper formalities appellant entered his plea before the court and his punishment was assessed at confinement in the penitentiary for two years.

The indictment appears regular. No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.